**02–297. State ex rel. Ditmars v. McSweeney.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus

regarding an expedited election matter. Upon consideration of the motion for leave to intervene of Blauser Farm Partnership and Rocky Lee Blauser,

IT IS ORDERED by the court that the motion for leave to intervene be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS